## In the matter of E. C. FELLOWS, *ex parte.*

Where an attorney neglects to have his name entered on the Roll of Attorneys, at the date of his license, he cannot afterwards have it enrolled *nunc pro tunc.*

" Supreme Court, Decr. Term, 1840.
" E. C. Fellows, an Att'y at Law of this Court, having obtained his license in Sept., 1835, and sworn as an Att'y 20th of March, 1837, but whose name was omitted to be enrolled by the Clerk till 6th of Oct., 1840, now comes by J. Pearson, also an Att'y of this Court, and moves this Honl. Court to allow and authorize the Clerk of said S. Court to enter the name of the said E. C. Fellows as if enrolled on the 20th of March, 1837.
" J. PEARSON, *Att'y.*"

WILSON, Chief Justice :

The granting of this motion could not benefit the attorney. It could not affect his rights or privileges. If he has incurred any liability by practising as an attorney, and receiving fees, before his name was enrolled, or if he seeks to recover for services performed as an attorney before his name was entered on the Roll, this Court cannot aid him by permitting the clerk to make the entry *nunc pro tunc.*

The motion must be denied.
*Motion denied.*